United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Prospector Offshore Drilling S.à r.l.

2. **All other names debtor used in the last 8 years**  Prospector Offshore Drilling S.A.

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  98-0694427

4. **Debtor's address**

   **Principal place of business**

   3151 Briarpark Drive
   Number    Street

   Suite 700

   Houston        TX      77042
   City           State   ZIP Code

   Harris County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State    ZIP Code

5. **Debtor's website** (URL)  http://www.paragonoffshore.com/

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify:  Luxembourg Société à responsabilité limitée

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor    Prospector Offshore Drilling S.à r.l. _____    Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* <br><br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the above <br><br> B. *Check all that apply:* <br><br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes <br><br> 2  1  3  1 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br><br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check all that apply*: <br>     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐  A plan is being filed with this petition. <br>     ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                                                    MM / DD / YYYY <br>       District _____ When _____ Case number _____ <br>                                                    MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes. Debtor  See attached Schedule 1     Relationship _____ <br>       District _____   When _____ <br>                                                                        MM / DD / YYYY <br>       Case number, if known _____ |

Debtor    Prospector Offshore Drilling S.à r.l.                    Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                           State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☒ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Prospector Offshore Drilling S.à r.l.
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/20/2017
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Lee M. Ahlstrom
Printed name

Title Authorized Representative

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 07/20/2017
MM/ DD / YYYY

Mark D. Collins
Printed name

Richards, Layton & Finger, P.A.
Firm name

One Rodney Square, 920 North King Street
Address

Wilmington, DE 19801
City/State/Zip

(302) 651-7700
Contact phone

collins@rlf.com
Email address

2981         DE
Bar number   State

Gary T. Holtzer

Weil, Gotshal & Manges LLP

767 Fifth Avenue

New York, New York 10153

(212) 310-8000

gary.holtzer@weil.com

## Schedule 1

On February 14, 2016, each of the affiliated entities listed in Table 1 below (the "**First Filers**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On July 18, 2017, the First Filers' chapter 11 plan of reorganization became effective.

| TABLE 1: FIRST FILERS | | | | |
|---|---|---|---|---|
| **DEBTOR** | **CASE NUMBER** | **DATE FILED** | **DISTRICT** | **JUDGE** |
| Paragon Offshore plc (in administration) | 16-10386 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Finance Company | 16-10388 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon International Finance Company | 16-10391 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Holdings US Inc. | 16-10393 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Drilling LLC | 16-10385 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon FDR Holdings Ltd. | 16-10395 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Duchess Ltd. | 16-10398 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore (Luxembourg) S.à r.l. | 16-10400 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| PGN Offshore Drilling (Malaysia) Sdn. Bhd. | 16-10403 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore (Labuan) Pte. Ltd. | 16-10406 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Holding SCS 2 Ltd. | 16-10407 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Asset Company Ltd. | 16-10408 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |

| TABLE 1: FIRST FILERS | | | | |
|---|---|---|---|---|
| **DEBTOR** | **CASE NUMBER** | **DATE FILED** | **DISTRICT** | **JUDGE** |
| Paragon Holding SCS 1 Ltd. | 16-10409 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Leasing (Luxembourg) S.à r.l. | 16-10410 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Drilling Services 7 LLC | 16-10387 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Leasing (Switzerland) GmbH | 16-10389 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore do Brasil Ltda. | 16-10390 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Asset (ME) Ltd. | 16-10392 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Asset (UK) Ltd. | 16-10394 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore International Ltd. | 16-10396 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore (North Sea) Ltd. | 16-10397 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon (Middle East) Limited | 16-10399 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Holding NCS 2 S.à r.l. | 16-10401 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Leonard Jones LLC | 16-10402 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore (Nederland) B.V. | 16-10404 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |
| Paragon Offshore Contracting GmbH | 16-10405 (CSS) | February 14, 2016 | Delaware | Christopher S. Sontchi |

Subsequently, on the date hereof, each of the entities listed in Table 2 below (the "**Second Filers**"), which are affiliates of the First Filers, filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.

| TABLE 2: SECOND FILERS | | | | |
|---|---|---|---|---|
| **DEBTOR** | **CASE NUMBER** | **DATE FILED** | **DISTRICT** | **JUDGE** |
| Prospector Offshore Drilling S.à r.l. | 17-_____( ) | July 20, 2017 | Delaware | Pending |
| Prospector Rig 1 Contracting Company S.à r.l. | 17-_____( ) | July 20, 2017 | Delaware | Pending |
| Prospector Rig 5 Contracting Company S.à r.l. | 17-_____( ) | July 20, 2017 | Delaware | Pending |
| Paragon Offshore plc (in administration) | 17-_____( ) | July 20, 2017 | Delaware | Pending |

A motion will be filed with the Court requesting joint administration of the Second Filers' chapter 11 cases.

**Prospector Offshore Driling S.à r.l.**

Société à responsabilité limitée

Registered office: 291, route d'Arlon, L-1150 Luxembourg
R.C.S. Luxembourg: B 153.772
(the "Company")

**Written circular resolution of the managers of the Company**

In accordance with article 12 of the Company's articles of association, the Managers of the Company, acting through written circular resolutions, adopt the following resolution in writing, which shall have the same effect as a resolution passed at a meeting of the Managers of the Company.

**1     Commencement of Chapter 11 Case**

1.1    The Company and certain of its affiliates intend to implement a restructuring (the "**Restructuring**") by, among other things, the Company and certain of its affiliates commencing cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

1.2    The Restructuring and the transactions and obligations contemplated by or referred to in each of them have been fully considered by the Managers.

1.3    Accordingly, it is unanimously resolved that:

(a)    in the judgment of the Managers, after consultations with counsel and its financial advisor, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and

(b)    Dean E. Taylor, Lee M. Ahlstrom, Todd D. Strickler and each Manager or authorized agent of the Company (an "**Authorized Representative**") be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time that the Authorized Representative executing the same shall determine.

**2     Retention of Professionals**

2.1    It is further resolved that:

(a)    the law firm of Weil, Gotshal & Manges LLP is hereby employed as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

(b) the law firm of Richards, Layton & Finger, P.A. is hereby employed as co-counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

(c) the firm of Lazard Frères & Co. LLC is hereby employed as financial advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

(d) the firm of AlixPartners, LLP is hereby employed as restructuring advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

(e) the firm of Kurtzman Carson Consultants LLC is hereby employed as claims, noticing and solicitation agent for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and

(f) any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed to execute and file in the Company's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Representative deems necessary, proper, or desirable in connection with the Company's chapter 11 case, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such use of cash collateral, with a view to the successful prosecution of such case.

**3      General Resolutions**

3.1    It is further resolved that:

(a) any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Representative shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case; and

(b) any and all past actions heretofore taken by any Authorized Representative in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

[Signature Page Follows]

Prospector Offshore Drilling S.à r.l. Resolutions

/s/ Katrin Höhn                   /s/ Lee M. Ahlstrom

Katrin Höhn                           Lee M. Ahlstrom

Title: Manager                    Title: Manager

/s/ Sandrine E.G. Algrain

Sandrine E.G. Algrain

Title: Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name <u>Prospector Offshore Drilling S.à r.l.</u><br><br>United States Bankruptcy Court for the District of Delaware<br><br>Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | National Oilwell Varco Uk Ltd<br>Po Box Ab124yd<br>Badentoy Park<br>Porlethen, Aberdeen, Ab | Telephone: 1224-343684<br>Email: linda.mitchell@nov.com | TRADE DEBT | | | | $ 14,977.73 |
| 2 | North East Telecommunications Limit<br>PO Box Ab21 7bj<br>133 And 133a Victoria Street, Dyce<br>Aberdeen, Ab | Telephone: 1224-775717<br>Email: chris@netldt.co.uk | TRADE DEBT | | | | $ 8,222.88 |
| 3 | Emri Repair B.V.<br>Po Box 6716 Ah<br>Morsestraat 10<br>Ede, 04 | Telephone: 318-620-427<br>Email: e.voet@emri.nl | TRADE DEBT | | | | $ 7,843.00 |
| 4 | Dhl International Uk Ltd<br>Po Box Tw39lp<br>Hounslow, Mx | Telephone: 448442480777<br>Email: | TRADE DEBT | | | | $ 2,973.21 |
| 5 | Vallourec Mannesmann Oil & Gas<br>Po Box 1704 Rs<br>Kelvinstraat 8 - 16<br>Heerhugowaard, 08 | Telephone: 72-571-8255<br>Email: annemargriet.sleutel@vamdrilling.com | TRADE DEBT | | | | $ 2,565.30 |
| 6 | Midcontinent (Aberdeen) Ltd<br>Po Box Ab12 3lh<br>Blackness Road<br>Aberdeen, Ab | Telephone: 01224 874906<br>Email: accounts@midcontinent.co.uk | TRADE DEBT | | | | $ 2,514.50 |
| 7 | Wellhead Electrical Supplies<br>Po Box Ab21 7ga<br>Wellheads Crescent, Dyce | Telephone: 1224-723-606<br>Email: sales@wellheads.co.uk | TRADE DEBT | | | | $ 2,187.30 |

| # | Creditor | Contact | | Claim Type | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| | Aberdeen, Ab | | | | | | | |
| 8 | TEMARO BV<br>PO Box 3088 GC 3008 EC<br>ALBERT PLESMANWEG 105A<br>ROTTERDAM, 08 | Telephone: 10-433-0500<br>Email: | | TRADE DEBT | | | | $ 1,856.87 |
| 9 | ALD Automotive<br>PO Box 8010<br>270 Route d Arlon<br>Strassen, LU | Telephone: 3523105361<br>Email: | | TRADE DEBT | | | | $ 1,510.10 |
| 10 | Pricewaterhousecoopers<br>PO Box 1014 1014<br>2 Rue Gerhard Mercator<br>Luxembourg, LU | Telephone: 3524948481<br>Email: | | TRADE DEBT | | | | $ 1,327.38 |
| 11 | Dominion Gas<br>Po Box Ab21 0gp<br>Howermoss Avenue<br>Aberdeen, Ab | Telephone: 01224 771181<br>Email: mgrigor@dominion-gas.com | | TRADE DEBT | | | | $ 1,316.14 |
| 12 | Trital Safety B. V.<br>Po Box 3194 Da 3190 Al<br>Mandenmakerstraat 41<br>Hoogvliet, 08 | Telephone: 10-295-5955<br>Email: mirella.korsten@trital.nl | | TRADE DEBT | | | | $ 1,148.03 |
| 13 | Chambre De Commerce Luxembourg<br>PO Box 2981<br>7 Rue Alcide De Gasperi<br>Kirchberg, LU | Telephone: 3524239391<br>Email: | | TRADE DEBT | | | | $ 749.53 |
| 14 | Post Telecom S.A.<br>Po Box 2996<br>1 Rue Emile Bian Luxembourg<br>Luxembourg, Lu | Telephone: 35224621<br>Email: | | TRADE DEBT | | | | $ 472.15 |
| 15 | Express Services SA<br>PO Box 1471<br>310 Route D Esch<br>Luxembourg, LU | Telephone: 35406640503<br>Email: | | TRADE DEBT | | | | $ 448.65 |
| 16 | Groupe CK SA<br>PO Box 3372<br>2 Rue Leon Laval/Z.A. Am Bann<br>Leudelange, LU | Telephone: 352263801<br>Email: | | TRADE DEBT | | | | $ 468.25 |
| 17 | Federal Express Luxembourg Inc.<br>PO Box 8378<br>1 Rue Du Chemin De Fer<br>Kleinbettingen, LU | Telephone: 003227527445<br>Email: | | TRADE DEBT | | | | $ 468.12 |
| 18 | Procureall<br>Po Box Ab115eu<br>15 17 Commerce Street<br>Aberdeen, Ab | Telephone: 441224210002<br>Email: accounts@procureall.com | | TRADE DEBT | | | | $ 404.17 |
| 19 | Parmley Graham Ltd<br>Po Box Ne8 3ae<br>South Shore Road, Tyne And Wear<br>Gateshead, Nh | Telephone: 191-4789-0400<br>Email: hq@parmley-graham.co.uk | | TRADE DEBT | | | | $ 394.04 |
| 20 | Chapier SARL<br>PO Box 3961<br>ZI Am Brill Rue Des 3 Cantons<br>Ehlange Mess, LU | Telephone: 352370840<br>Email: | | TRADE DEBT | | | | $ 86.02 |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Prospector Offshore Drilling S.à r.l.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                                         **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>07/20/2017</u>    **X**    <u>/s/ Lee M. Ahlstrom</u>
                    MM/DD/YYYY          Signature of individual on behalf of debtor

                                                  <u>Lee M. Ahlstrom</u>
                                                  Printed name

                                                  <u>Authorized Representative</u>
                                                  Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
---------------------------------------------------x
                                                   :
In re                                              :   Chapter 11
                                                   :
PROSPECTOR OFFSHORE                                :   Case No. 17-_____ (___)
DRILLING S.À R.L.                                  :
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 98-0694427                            :
---------------------------------------------------x
                                                   :
In re                                              :   Chapter 11
                                                   :
PROSPECTOR RIG 1                                   :   Case No. 17-_____ (___)
CONTRACTING COMPANY S.À R.L.                       :
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 98-1117441                            :
---------------------------------------------------x
                                                   :
In re                                              :   Chapter 11
                                                   :
PROSPECTOR RIG 5                                   :   Case No. 17-_____ (___)
CONTRACTING COMPANY S.À R.L.                       :
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 98-1250985                            :
---------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
PARAGON OFFSHORE PLC                               :   Case No. 17-_____ (___)
(IN ADMINISTRATION)                                :
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 98-1146017                            :
---------------------------------------------------x
```

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests of the Second Filers.

- Each Second Filer listed in **Exhibit A** is 100% owned by its direct parent unless otherwise noted.

- Paragon Offshore plc (in administration) is the ultimate parent company of each of the additional Second Filers.

- Paragon Offshore plc's (in administration) equity securities are publicly held but are not listed on a securities exchange. As of the date of this petition, no person directly or indirectly owned 10% or more of the issued and outstanding common stock of Paragon Offshore plc (in administration).

**Exhibit A**

**Organizational Chart**



**Fill in this information to identify the case and this filing:**

Debtor Name <u>Prospector Offshore Drilling S.à r.l.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

<u>Official Form 202</u>
<u>**Declaration Under Penalty of Perjury for Non-Individual Debtors**</u>                                    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>07/20/2017</u>    **X**    <u>*/s/ Lee M. Ahlstrom*</u>
                  MM/DD/YYYY            Signature of individual on behalf of debtor

                                        <u>Lee M. Ahlstrom</u>
                                        Printed name

                                        <u>Authorized Representative</u>
                                        Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                    :    Chapter 11
                                         :
**PROSPECTOR OFFSHORE**                  :    Case No. 17-_____ (___)
**DRILLING S.À R.L.**                    :
                                         :
    Debtor.                              :
                                         :
---------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is a list of equity security holders of the above-captioned debtor:

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Paragon Offshore plc (in administration)<br>c/o Deloitte LLP<br>Four Brindleyplace<br>Birmingham B12HZ<br>United Kingdom | Common Stock | 100% |

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Prospector Offshore Drilling S.à r.l.</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                                                                     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration: <u>List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>07/20/2017</u>          X   */s/ Lee M. Ahlstrom*
                MM/DD/YYYY                    Signature of individual on behalf of debtor

                                                              <u>Lee M. Ahlstrom</u>
                                                              Printed name

                                                              <u>Authorized Representative</u>
                                                              Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**