**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 17-11572 (CSS) |
| PROSPECTOR OFFSHORE DRILLING S.à r.l., et al., | ) ) ) | Jointly Administered |
| Debtors.[1] | ) ) ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THE UNOFFICIAL EQUITY COMMITTEE OF THE SHAREHOLDERS OF PARAGON OFFSHORE, PLC. TO THE MOTION OF NEW DEBTORS FOR (I) INTERIM AND FINAL AUTHORITY TO (A) CONTINUE EXISTING CASH MANAGEMENT SYSTEM, (B) MAINTAIN BUSINESS FORMS AND EXISTING BANK ACCOUNTS, AND (C) CONTINUE INTERCOMPANY ARRANGEMENTS; (II) WAIVER OF THE REQUIREMENTS OF SECTION 345(b) OF THE BANKRUPTCY CODE; AND (III) RELATED RELIEF**

PLEASE TAKE NOTICE that on August 16, 2017, The Unofficial Equity Committee of the Shareholders of Paragon Offshore, plc. ("Unofficial Committee") of Paragon Offshore plc, et al. ("Debtors"), as unrepresented pro-se individuals, filed the objection ("Objection") to the *Motion Of New Debtors For (I) Interim And Final Authority To (A) Continue Existing Cash Management System, (B) Maintain Business Forms And Existing Bank Accounts, And (C) Continue Intercompany Arrangements; (Ii) Waiver Of The Requirements Of Section 345(B) Of The Bankruptcy Code; And (Iii) Related Relief* (*See* Docket Entry No. 8 in Bankr. Case No. 17-11572) ("Cash Management Motion").

---

[1] The New Debtors in these chapter 11 cases, along with the last four digits of each New Debtor's federal tax identification number, as applicable, are: Prospector Offshore Drilling S.à r.l. (4427); Prospector Rig 1 Contracting Company S.à r.l. (7441); Prospector Rig 5 Contracting Company S.à r.l. (0985); and Paragon Offshore plc (in administration) (6017). The mailing address for Prospector Offshore Drilling S.à r.l., Prospector Rig 1 Contracting Company S.à r.l., and Prospector Rig 5 Contracting Company S.à r.l. is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. The mailing address for Paragon Offshore plc (in administration) is c/p Deloitte LLP, Four Brindleyplace, Birmingham, B1 2HZ, United Kingdom. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

PLEASE TAKE FURTHER NOTICE that the Unofficial Committee hereby withdraws the Objection.

Dated: August 22, 2017    /s/ The Unofficial Equity Committee of
the Shareholders of Paragon Offshore, plc.