UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PROSPECTOR OFFSHORE DRILLING S.à r.l., *et al.*, | : | Case No. 17-11572 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors.[1] | : | Re: Docket Nos. 5, 34 & 94 |

------------------------------------------------------x

**CERTIFICATE OF COUNSEL REGARDING
ORDER FURTHER EXTENDING THE TERMINATION DATE UNDER THE
INTERIM ORDER (I) AUTHORIZING LIMITED USE OF CASH COLLATERAL;
(II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL
HEARING; AND (IV) GRANTING RELATED RELIEF PURSUANT TO
SECTIONS 105, 361, 362, 363, AND 364 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On July 20, 2017, Prospector Offshore Drilling S.à r.l. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of New Debtors for Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief Pursuant to Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code* (Docket No. 5) (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Prospector Offshore Drilling S.à r.l. (4427); Prospector Rig 1 Contracting Company S.à r.l. (7441); Prospector Rig 5 Contracting Company S.à r.l. (0985); and Paragon Offshore plc (in administration) (6017). The mailing address for Prospector Offshore Drilling S.à r.l., Prospector Rig 1 Contracting Company S.à r.l., and Prospector Rig 5 Contracting Company S.à r.l. is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. The mailing address for Paragon Offshore plc (in administration) is c/p Deloitte LLP, Four Brindleyplace, Birmingham, B1 2HZ, United Kingdom. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

RLF1 18104345v.1

2. On July 28, 2017, the Court entered an order granting the relief requested in the Motion on an interim basis (Docket No. 34) (the "**Interim Cash Collateral Order**"), which, among other things, (i) authorized the Debtors' limited use of Cash Collateral[2] and (ii) granted adequate protection to the Security Agent.  By its terms, the Interim Cash Collateral Order terminates (the date of any such termination, the "**Termination Date**") on the earlier to occur of (i) August 31, 2017 and (ii) certain Termination Events (as defined in the Interim Order).  *See* Interim Order ¶ 12.

3. On August 24, 2017, the Court entered an order extending the Termination Date to the earlier of (i) September 15, 2017 and (ii) the occurrence of a Termination Event.  *See* Docket No. 94.

4. The Debtors have prepared an order (the "**Extension Order**") further extending the Termination Date set forth in paragraph 12 of the Interim Cash Collateral Order to the earlier of (i) October 16, 2017 and (ii) the occurrence of a Termination Event.  The Extension Order also extends the Challenge Period set forth in paragraph 9 of the Interim Cash Collateral Order to October 19, 2017 with respect to the Prospector New Debtors.  A copy of the Extension Order is attached hereto as **Exhibit A**.  The Extension Order has been circulated, and is acceptable, to the Security Agent, the Sale-Leaseback Parties, and the Office of the United States Trustee for the District of Delaware.

[*Remainder of page intentionally left blank*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE the Debtors respectfully request that the Extension Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 15, 2017
      Wilmington, Delaware

          */s/ Joseph C. Barsalona II*
          RICHARDS, LAYTON & FINGER, P.A.
          Mark D. Collins (No. 2981)
          Amanda R. Steele (No. 5530)
          Joseph C. Barsalona II (No. 6102)
          Christopher M. De Lillo (No. 6355)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Gary T. Holtzer
          Stephen A. Youngman
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Proposed Attorneys for the Debtors
          and Debtors in Possession